IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KISHA CHILDERS                                                                 PLAINTIFF

v.                              Case No. 2:15-cv-00172-KGB

**FORREST CITY SCHOOL
DISTRICT,** *et al.*                                                DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendants Forrest City School District and ABC Preschool on plaintiff Kisha Childers' race discrimination claims. Ms. Childers' race discrimination claims are dismissed with prejudice; the relief sought is denied.

So adjudged this the 8th day of May, 2019.

                                            _____
                                            Kristine G. Baker
                                            United States District Judge